NO. 07-01-0120-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 11, 2001

_____

IN THE MATTER OF THE MARRIAGE OF
SHARON KNIE AND GREGORY ALLEN KNIE

_____

FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 32,804; HONORABLE JOHN LAGRONE, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Sharon Knie appeals from a dismissal of her bill of review by which she seeks to modify a divorce decree. For the reasons we express, we dismiss the appeal.

The clerk's and reporter's records were filed on June 13, 2001. That being so, appellant's brief was due to be filed on July 13, 2001. Tex. R. App. P. 38.6(a). By letter dated November 1, 2001, we informed appellant that we had not received a brief or a motion for extension of time to file one and that unless a response reasonably explaining

that failure, together with a showing that appellee had not been significantly injured by that failure was received by November 8, 2001, the appeal would be dismissed for want of prosecution.  Tex. R. App. P. 38.8(a)(1).   We have received no response to that letter.

Accordingly, the appeal must be and is hereby dismissed.

Per Curiam

Do not publish.